UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN PAUL GROSSMAN,

    Plaintiff,

v.

UNKNOWN FEDEREA, et al.,

    Defendants.

_____/

Case No. 1:24-cv-623

HON. JANE M. BECKERING

**ORDER**

    Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983. Defendants Federau (named as Federea) and Battle filed a Motion for Summary Judgment (ECF No. 27). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 29) on December 1, 2025, recommending that this Court grant Defendants' motion, dismiss Plaintiff's Eighth Amendment claims with prejudice, and dismiss Plaintiff's state-law negligence claims without prejudice. In addition, the Magistrate Judge recommended that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 27) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Eighth Amendment claims against Defendants Federau and Battle are DISMISSED with prejudice, and Plaintiff's state-law negligence claims against Defendants Federau and Battle are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: January 9, 2026                                  /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge